IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR74** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **PHILLIP P. FIGURES,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Phillip P. Figures (Figures) (Filing No. 32). Figures seeks a continuance of the trial of this matter to a time in September 2005. Figure's counsel represents that counsel for the government has no objection to the motion. Figures has submitted an affidavit in accordance with paragraph 9 of the progression order whereby Figures consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act (Filing No. 33). Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Figure's motion to continue trial (Filing No. 32) is granted.

2. Trial of this matter is re-scheduled for **September 6, 2005,** before Chief Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **August 12, 2005 and September 6, 2005,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 12th day of August, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge