PS 42
(Rev 07/93)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 SEP -7 AM 11: 37

OFFICE OF THE CLERK

# United States District Court
District of Nebraska

### District of Nebraska

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs | ) |
| Phillip Figures | ) |
| | ) Case No. 8:05CR74 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Phillip Figures, have discussed with Troy D. Greve, Pretrial Services Officer, modification of my release as follows:

Change condition (7)(k) to read: Reside at 5502 N. 27th Street, Omaha, Nebraska at all times.

I consent to this modification of my release conditions and agree to abide by this modification.

P.F.

_____    9/7/05    _____    9/7/05
Signature of Defendant   Date     Pretrial Services Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    9-7-05
Signature of Defense Counsel   Date

[X]   The above modification of conditions of release is ordered, to be effective on 9/7/05.

[ ]   The above modification of conditions of release is not ordered.

_____    9/7/05
Signature of Judicial Officer   Date