IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                              )<br>         Plaintiff,           )<br>                              )         **8:05CR74**<br>     vs.                      )<br>                              )         **ORDER**<br>PHILLIP FIGURES,              )<br>                              )<br>         Defendant.            ) | |

Before the court is the government's Motion to Continue [54] the detention hearing previously scheduled for October 7, 2005 due to the unavailability of a witness. Good cause being shown, I find the motion should be granted and the previously scheduled detention hearing shall be rescheduled at a time when parties can be available.

IT IS ORDERED:

1.  That the government's Motion to Continue [54] is granted; and

2.  That the detention hearing regarding the Petition for Action on Conditions of Pretrial Release [51] is rescheduled to **October 25, 2005** at **2:30 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 6th day of October, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge