IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:05CR74 |
| v. | |
| PHILLIP FIGURES, | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the court on the defendant's motion for a sentence reduction, Filing No. 102. The defendant seeks a reduction based on recent amendments to the Guidelines pursuant to the Fair Sentencing Act.

On December 9, 2005, defendant was sentenced, pursuant to a binding plea agreement under Fed. R. Crim. P. 11(c)(1)(C), to a term of imprisonment of 65 months followed by a 5-year term of supervised release for conspiracy to possess with intent to distribute 5 grams or more of crack cocaine. Filing No. 73. Defendant's sentence was reduced to 60 months in 2008 as a result of application of retroactive Guidelines amendments regarding crack cocaine sentences. Filing No. 79. The record shows that the defendant completed his term of imprisonment on this charge and began serving his term of supervised release on August 2, 2011. See Filing No. 83.

Under 18 U.S.C. § 3582(c)(2), a court may reduce a term of imprisonment if a sentencing range is lowered by the Sentencing Commission if "such a reduction is consistent with applicable policy statements issued by the Sentencing Commission." 18 U.S.C. § 3582(c)(2). The Sentencing Guidelines policy statement provides that "[i]n no event may the reduced term of imprisonment be less that the term of imprisonment the

2

defendant has already served." U.S.S.G. § 1B1.10(b)(2)(C), p.s.  Accordingly, the court finds the defendant's motion should be denied.

IT IS ORDERED that the defendant's motion for a sentence reduction (Filing No. 101) is hereby denied.

DATED this 2nd day of August, 2012.

                                      BY THE COURT:

                                      s/ Joseph F. Bataillon
                                      UNITED STATES DISTRIC JUDGE